# Third District Court of Appeal
## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-860
Lower Tribunal No. 16-12114
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Kimberly Guhin and Scott Guhin,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellant.

Law Office of Lazaro Vazquez, P.A., Lazaro Vazquez; Law Offices of Anthony Accetta, and Anthony Accetta, for appellees.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.